ORIGINAL

FILED
DISTRICT COURT OF GUAM

JUN 23 2005

MARY L.M. MORAN
CLERK OF COURT

chrisespinosasel

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER TO SEAL RECORD** |
| CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ, and JARETT J. ELM, | |
| Defendants. | |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this ____ day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

IT IS SO ORDERED this 23rd day of June 2003.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUN 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM