FILED
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHAL RECEIVED
22 JUN 2005 14:00:01

# UNITED STATES DISTRICT COURT

DISTRICT OF _____GUAM_____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| JOHN V. CRUZ | Case Number: CR-05-00053-003 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, June 24, 2005 at 10:00 a.m.** |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)**

ORIGINAL

| **MARILYN B. ALCON, Deputy Clerk** | *[signature]* Marilyn B. Alcon |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**June 22, 2005**
Date

# RETURN OF SERVICE

Service was made by me on:[1]    943am    Date 6/24/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: *[signature]* v. *[signature]* 6/24/05
DISTRICT COURT BLDG    943 AM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    6/24/05      J. L. R. *[signature]*
      Date                       Name of United States Marshal

                                            *[signature]*
                                            (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.