DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ and JARETT J. ELM,**<br><br>Defendants. | CRIMINAL CASE NO. **05-00053**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **ERIC M. APONIK** in the above-entitled case *nunc pro tunc* to June 22, 2005.

Dated this 24th day of June, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM