UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA

LLOYD D. GEORGE FEDERAL COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

LINDA LEA SHARER
CHIEF DEPUTY, RENO

July 7, 2005

Mary Lou Michels Moran, Clerk
United States District Court
United States Courthouse
4th Floor
520 West Soledad Avenue
Hagatna, GU 96910-4950

**FILED**
DISTRICT COURT OF GUAM
JUL 18 2005
MARY L.M. MORAN
CLERK OF COURT

(18)

Reference:   Your Case #: 05-00053
             Our Mag #: MJ-S-05-0519-LRL

Dear Clerk:

   Enclosed please find certification of the complete files as of July 7, 2005, in the above reference case.

   Please acknowledge receipt of the above documents by signing the enclosed copy of letter and returning it to this court.

                                LANCE S. WILSON
                                Clerk, U. S. District Court

                                By: Alana Kamaka
                                    Deputy Clerk

Enclosures

Received: _____

By: _____
    Deputy Clerk



**RECEIVED**
JUL 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

USA VS. CHRISTOPHER M. ESPINOSA
Case No: MJ-S-05-0519-LRL

| Date | Entry |
|---|---|
| 06/23/05 | **INITIAL APPEARANCE (LRL)**-Crt appoints FPD to rep deft- ak |
| 06/24/05 | **WAIVER OF RULE 5 AND 5.1 HEARING (LRL)**- filed obo deft - ak |
| 06/24/05 | **ORDER APPOINTING COUNSEL (LRL)** - Crt appoints FPD to rep deft. - ak |
| 06/24/05 | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT (LRL)** - At the Government's request hearing continued to Tuesday, June 28, 2005, at 2:30 p.m. |
| 06/28/05 | **DETENTION HEARING (LRL)** - ak |
| 06/30/05 | **DETENTION ORDER (LRL)** - The Court finds the deft is a danger to the community and risk of nonappearance; therefore, the deft is detained - ak |
| 06/30/05 | **COMMITMENT TO ANOTHER DISTRICT (LRL)**- deft is ordered detained until transported to the District of Guam at Hagatna - ak |
| 07/07/05 | **LETTER** of transfer to District of Guam at Hagatna - ak |

**United States of America** } ss:
**DISTRICT OF**

I, Lance S. Wilson , Clerk of the United States District Court for the District of Nevada , do hereby certify that the annexed and foregoing is a true and full copy of the original

File – MJ-S-05-

now remaining among the records of the said Court in my office.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at Las Vegas, Nevada this 7th day of July , A.D. 19xx 2005

Lance S. Wilson

By _____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
  Plaintiff,
vs.
CHRISTOPHER M. ESPINOSA,
  Defendant.

Case # MJ-S-05-0519-LRL
Date: JUNE 23, 2005
Time: 3:45 pm to 4:00 pm

X INITIAL APPEARANCE/Rule 5 - Minutes
__ Further Proceedings re _____

PRESENT:
THE HONORABLE _____ **LAWRENCE R. LEAVITT** _____, United States Magistrate Judge

ALANA KAMAKA    3:45-4:00
Deputy Clerk      FTR#

Interpreter ( )Spanish ( )_____

PATRICK WALSH
  Assistant U. S. Attorney
Samir Varma, Certified Law Clerk

JASON CARR
Defense Counsel __Apt. __Rtnd X AFPD

Defendant is present in custody. Defendant is advised of the pending charges and his/her rights.

X Defendant X questioned __ sworn as to correctness of Financial Affidavit.

X The Federal Public Defender's Office __ CJA panel attorney _____
   is appointed as defense counsel.

X Identity hearing waived. X Written waiver filed. X ORDERED defendant identified as named defendant in indictment/complaint and is held to answer in the _____ District of GUAM at Hagatna

__ Identity hearing is set for _____ at _____ am/pm before Magistrate Judge _____, in Courtroom # ___, ___ floor.

__ The Government moves for detention. __ The Court hears the argument of counsel.

__ Detention is ORDERED. Separate detention order and commitment to originating district to follow.

X Detention Hearing is set for Tuesday, 6/28/05 at 2:30 pm at the request of
  ( )The Court (X)The Government ( )Defense Counsel

X Temporary Detention is ORDERED. X Written Order to follow.

__ Bond is set. __ PR __ $_____ __ unsecured ____ secured by ____ % cash ___ Corporate
  Surety __ Property (See bond for special conditions.)

__ Bond is executed; Defendant is released.

__ Next appearance date (if known) in originating district: _____

X Defense counsel request Pretrial Services interview the defendant.

LANCE S. WILSON, Clerk
United States District Court

*[signature]*
Deputy Clerk

Min Ord Rule 5 Rev 5-04.wpd

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | | |
| | vs. | |
| | FOR 2005 JUN 24 A 8:02 AT | |

**PERSON REPRESENTED** (Show your full name): CHRISTOPHER M. ESPINOSA

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: MJ-5-05-0510-LRV
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

---

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: HARD ROCK CASINO
- IF YES, how much do you earn per month? $ ± 3,500
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 3,500 — GRAPHIC WORK

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 900.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: N/A

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | RENT + UTILITIES | $ | $ 1200.00 |
| | CREDIT CARD | $ | $ 250.00 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/23/2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

2005 JUN 24 A 8:02

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs ) | MJ-S-05-0519 LRL |
| CHRISTOPHER M ESPINOSA, ) | ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE |
| Defendant. ) | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **CHRISTOPHER M ESPINOSA.**

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 23rd day of JUNE, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

UNITED STATES OF AMERICA

V.

CHRISTOPHER M. ESPINOZA
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: MJ-S-05-0519-LRL

CHARGING DISTRICTS
CASE NUMBER: 05-00053

I understand that charges are pending in the _____ District of _Guam_

alleging violation of _21 U.S.C. §§ 841 & 846_ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Defendant_ [signature]

June 23, 2005
Date

Defense Counsel [signature] Jason F. Carr

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

CHRISTOPHER ESPINOSA,
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: MJ-S-05-0519-LRL

Upon motion of the __Government__, it is ORDERED that a detention hearing is set for __Tuesday, June 28, 2005__ * at __2:30 p.m.__
                                          Date                             Time

before __THE HONORABLE UNITED STATES MAGISTRATE JUDGE LAWRENCE R. LEAVITT__
*Name of Judicial Officer*

__LLOYD D. GEORGE FEDERAL COURTHOUSE, 333 LAS VEGAS BLVD. SOUTH, LAS VEGAS NEVADA__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal (_____
_____ ) and produced for the hearing.
        *Other Custodial Official*

Date: __June 24, 2005__

                                                         *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2005 JUN 29 A 11: 29

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

_____ DEPUTY

UNITED STATES OF AMERICA, )
)
  Plaintiff, )
)
vs. )  Case # MJ-S- 05-0519- LRL
)
Christopher M. Espinosa )  Date: June 28, 2005
)
)  Time: 2:33 pm to 2:44 pm
)
  Defendant. )

___ INITIAL APPEARANCE/Rule 5 - Minutes
✓ Further Proceedings re Detention

PRESENT:
THE HONORABLE **LAWRENCE R. LEAVITT**, United States Magistrate Judge

ALANA KAMAKA    2:33-2:44
Deputy Clerk    FTR    Tape#

Interpreter ( )Spanish ( )_____

Patrick Walsh
  Assistant U. S. Attorney

Jason Carr
Defense Counsel __Apt. __Rtnd ✓AFPD

Defendant is present. *and in custody,* Defendant is advised of the pending charges and his/her rights.

___ Defendant ___ questioned ___ sworn as to correctness of Financial Affidavit.

___ The Federal Public Defender's Office ___ CJA panel attorney _____
  is appointed as defense counsel.

___ Identity hearing waived. ___ Written waiver filed. ___ ORDERED defendant identified as named defendant in
  indictment/complaint and is held to answer in the _____ District of _____

___ Identity hearing is set for _____ at _____ am/pm before Magistrate Judge
_____, in Courtroom # ___, ___ floor.

✓ The Government moves for detention. ✓ The Court hears the argument of counsel.

✓ Detention is ORDERED. Separate detention order and commitment to originating district to follow.
✓ *Defendant is remanded and shall be removed to the District of Guam.*
___ Detention Hearing is set for _____ at _____ am/pm at the request of
  ( )The Court ( )The Government ( )Defense Counsel

___ Temporary Detention is ORDERED. ___ Written Order to follow.

___ Bond is set. ___ PR ___ $ _____ ___ unsecured ___ secured by ___ % cash ___ Corporate
  Surety ___ Property  (See bond for special conditions.)

___ Bond is executed; Defendant is released.

___ Next appearance date (if known) in originating district: _____

LANCE S. WILSON, Clerk
United States District Court

*Alana Kamaka*
Deputy Clerk

UNITED STATES OF AMERICA
v.
<u>CHRISTOPHER M. ESPINOSA</u>
*Defendant*

ORDER OF DETENTION PENDING TRIAL
Case Number: MJ-S-05-0519-LRL

✓FILED  __RECEIVED
__ENTERED __SERVED ON
COUNSEL/PARTIES OF RECORD

2005 JUN 30 P 1: 51

DISTRICT OF NEVADA

DEPUTY

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I - Findings of Fact

____ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

   ____ a crime of violence as defined in 18 U.S.C.§3156(a)(4).
   ____ an offense for which the maximum sentence is life imprisonment or death.
   ____ an offense for which a minimum term of imprisonment of ten years or more is prescribed in _____
   ____ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

____ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
____ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1)
____ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings(A)

<u>X</u> (1) There is probable cause to believe that the defendant has committed an offense
   <u>X</u> for which a maximum term of imprisonment of ten years is described in <u>21 U.S.C. §§ 841(a)(1), (B)(1)(a)(viii) & 846</u>.
   ____ under 18 U.S.C.§924(c).
<u>X</u> (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

<u>X</u> (1) There is a serious risk that the defendant will not appear.
<u>X</u> (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The defendant is charged with an offense which under the Bail Reform Act gives rise to a presumption that he is both a significant risk of non appearance and danger to the community such that he should be detained.

The defendant has not provided any evidence or information to rebut the presumption even after having been interviewed by Pretrial Services and after Pretrial Services Agency was able to supplement its view of the defendant's criminal history.

The defendant has nine (9) outstanding Bench Warrants, six (6) of which are traffic-related offenses occurring on two separate dates. This suggests to the Court that the defendant does not have any sense of responsibility to respond to the Orders of the Court.

In addition to those traffic violations, in November 1998, the defendant was charged in a variety of Felonies in Guam which he failed to appear for and a Bench Warrant was issued for his arrest. A month later, he was arrested on additional felony charges, failed to appear, and a Warrant was issued which remains outstanding.

In Las Vegas, the defendant failed to appear on a misdemeanor matter for an Arraignment before a Justice of the Peace in 2004, a Bench Warrant was issued, and remains outstanding.

The defendant is presumed to be a danger to the community based on the charges filed against him. There has been no evidence that would rebut this presumption either.

Accordingly, based on all of these factors, the defendant is a risk of flight and danger to the community warranting his detention. He is remanded to custody and shall be removed to the District of Guam.

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing established by <u>clear and convincing evidence that the defendant is a danger to the community and by a preponderance of the evidence that the defendant is a risk of flight and no condition or combination of conditions will reasonably assure his appearance as required.</u>

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: <u>June 29, 2005</u>

*signature*
Signature of Judicial Officer

<u>Lawrence R. Leavitt, United States Magistrate Judge</u>
Name and Title of Judicial Officer

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*): (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*): or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955 a).

Det-ord2.wpd

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of     NEVADA

| UNITED STATES OF AMERICA<br>V.<br>CHRISTOPHER M. ESPINOSA | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 05-00053 | MJ-S-05-0519-LRL | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

   X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §   841(a)(1),(b)(1)(A)(viii) & 846

**DISTRICT OF OFFENSE**
GUAM AT HAGATNA

**DESCRIPTION OF CHARGES:**

CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1); and ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

**CURRENT BOND STATUS:**

   ☐ Bail fixed at        and conditions were not met
   X Government moved for detention and defendant detained after hearing in District of Arrest
   ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
   ☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

**DISTRICT OF NEVADA**

TO: THE UNITED STATES MARSHAL

     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| June 29, 2005 | _/s/ Leavitt_ |
|---|---|
| Date | Judge |

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

Case 1:05-cr-00053    Document 18    Filed 07/18/2005    Page 12 of 12