

**FILED**
DISTRICT COURT OF GUAM

JUL 1 8 2005

TIME: 11:42 a.m.

MARY L. M. MORAN
CLERK OF COURT

(19)

**CASE NO. CR-05-00053-001**     **DATE: 07/18/2005**

**HON. FRANCES TYDINGCO-GATEWOOD, Designated Judge**    Law Clerk: Kim Walmsley

Court Reporter: Wanda M. Miles     Courtroom Deputy: Virginia T. Kilgore

Hearing Electronically Recorded: 11:42:08 - 11:55:18     CSO: F. Tenorio

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: CHRISTOPHER M. ESPINOSA**     **ATTY : RAWLEN MANTANONA**

( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**     **AGENT: CRAIG HALES, U.S. POSTAL INSPECTOR**

**U.S. PROBATION: CARMEN O'MALLAN**     **U.S. MARSHAL: W. GRAY**

INTERPRETER:_____ ( ) SWORN   LANGUAGE: _____
                                    ( ) PREVIOUSLY SWORN

**PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT

( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: RAWLEN MANTANONA , ATTORNEY APPOINTED

( X ) DEFENDANT SWORN AND EXAMINED: AGE: 24   HIGH SCHOOL COMPLETED: JUNIOR IN HIGH SCHOOL

( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES

( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____

( ) WARRANT OF REMOVAL ISSUED

( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT

( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA

( X ) DEFENDANT WAIVED READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT

( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: CHARGES CONTAINED IN THE INDICTMENT

( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*

( ) COURT ORDERS PLEA AGREEMENT *SEALED*

( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____

( ) PRESENTENCE REPORT ORDERED AND DUE: _____

( ) PRELIMINARY EXAMINATION SET FOR: _____

( ) ARRAIGNMENT SET FOR: _____ at _____

( X ) TRIAL SET FOR: AUGUST 8, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*

( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____

( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Government adopted the pretrial service officer's recommendation of detention. Defense counsel stated that he will bring a bail motion at a later date.

The Court and parties discussed the trial date of August 8, 2005. The Government stated that under the speedy trial clock in a multiple defendant case the clock starts running after the arraignment of the last defendant.

Courtroom Deputy: _____