# UNITED STATES DISTRICT COURT

RECEIVED
22 JUN 2005 14 00 01

District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CHRISTOPHER M. ESPINOSA | **WARRANT FOR ARREST**<br><br>Case Number: CR-05-00053-001 |

**FILED**
DISTRICT COURT OF GUAM
JUL 28 2005
MARY L.M. MORAN
CLERK OF COURT

(25)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CHRISTOPHER M. ESPINOSA_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/22/2005          Hagatna, Guam |
| Title of Issuing Officer | Date          Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Las Vegas, Nevada

| DATE RECEIVED<br>06/22/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>06/22/05 | C.M. Hales, Postal Inspector | *Craig M. Hales* |