FILED
DISTRICT COURT OF GUAM
AUG -2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff. ) | |
| vs. ) | |
| CHRISTOPHER M. ESPINOSA, ) | **ORDER** |
| Defendant. ) | |

On July 22, 2005, the Defendant filed a motion requesting the Court to reconsider releasing him on bail with the imposition of specific conditions. See Docket Nos. 23 and 24. Furthermore, the Defendant proposed he be released to the custody of a third party custodian, namely his stepfather Anthony C. Lujan.

The Court has been advised that the United States Probation Office is finalizing the process of interviewing Mr. Lujan and determining whether his residence is suitable for installing the electronic monitoring system. Accordingly, the Court sets the Defendant's motion for hearing on Friday, August 5, 2005 at 1:30 p.m.

SO ORDERED this 2nd day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge