

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>CHRISTOPHER M. ESPINOSA,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**ORDER REFERRING MOTION<br>TO MAGISTRATE JUDGE<br>FOR DETERMINATION** |

On July 18, 2005, the below-signed judge sitting in her capacity as a Designated District Judge, detained the Defendant to the custody of the United States Marshal pending trial. However, on July 22, 2005, the Defendant filed a motion requesting the Court reconsider releasing him on bail with the imposition of specific conditions. See Docket Nos. 23 and 24. Furthermore, the Defendant proposed he be released to the custody of a third party custodian, namely his stepfather Anthony C. Lujan.

The Court hereby authorizes the Magistrate Judge to conduct the proceeding for determining whether the Defendant should be released pending trial and shall impose whatever pretrial release conditions he deems appropriate, including electronic monitoring if necessary.

SO ORDERED this 3rd day of August 2005.

FRANCES M. TYDINGCO-GATEWOOD
Designated District Judge