IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
AUG -5 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053-001            DATE: 08/05/2005

HON. JOAQUIN V.E. MANIBUSAN, JR. Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:34:26 - 1:42:44    CSO: J. McDonald

**APPEARANCES**

DEFT: **CHRISTOPHER M. ESPINOSA**                     ATTY: **RAWLEN MANTANONA**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.         ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MIKEL W. SCHWAB                        AGENT:

U.S. PROBATION: CARLEEN BORJA                         U.S. MARSHAL: J. CURRY

INTERPRETER: _____    ( ) SWORN     LANGUAGE: _____
                                     ( ) PREVIOUSLY SWORN

PROCEEDINGS:        MOTION TO RECONSIDER DETENTION

( X ) MOTION ARGUED BY   ( X ) GOVERNMENT   ( X ) DEFENDANT
( X ) MOTION __Granted ____Denied ____Withdrawn _X_ Under Advisement
( ) ORDER SUBMITTED ____Approved ____Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL.

NOTES:

Defense counsel argued that defendant for Defendant's release and offered electronic monitoring as a possible condition of Defendant's release. Government counsel opposed the motion and stated that because Defendant had to be brought back from Las Vegas he is considered a flight risk. The Court stated that it will render a decision no later than Tuesday next week.