**MANTANONA**
LAW OFFICE
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Christopher M. Espinosa**

FILED
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | |
| ) | **MOTION TO COMPEL DISCOVERY** |
| CHRISTOPHER M. ESPINOSA. et al. ) | |
| ) | |
| Defendant. ) | |

### MOTION

COMES NOW Defendant CHRISTOPHER M. ESPINOSA, through undersigned counsel of record and moves the Court for an order compelling the production of discovery of a copy of all items seized at his Las Vegas home pursuant to a search warrant and all the search warrant documents. This motion is based upon the pleadings of the file, the attached Memorandum of Points and Authorities, and such other and further evidence and argument matters as may be presented to the Court at the time of hearing thereon.

Dated this 10 day of August, 2005.

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

_____
RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney