**MANTANONA**
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Christopher M. Espinosa**

FILED
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| CHRISTOPHER M. ESPINOSA. et al. ) | |
| ) | |
| Defendant. ) | |

I, CHARLENE D. MAYO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on August 11, 2005:

Russell C. Stoddard
First Assistant U.S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910

Federal Public Defender
Superior Court Annex, Suite 200
110 W. O'Brien
Hagatna, Guam 96910

Joaquin C. Arriola Jr., Esq.
Arriola, Cowan & Arriola
Suite 201, C&A Professional Building
259 Martyr Street
Hagatna, Guam 96910

William L. Gavras, Esq.
Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagatna, Guam 96910

DATED: 8/11/05

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona
Attorney for Christopher M. Espinosa, Defendant