**MANTANONA**
**LAW OFFICE**

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Christopher M. Espinosa**

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER M. ESPINOSA. et al. ) | **NOTICE OF HEARING MOTION** |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 22nd day of August, 2005 at 1:30 a.m./p.m., Defendant Christopher M. Espinosa will move the District Court of Guam for an order compelling discovery as requested herein. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other and further matters as may be present at the time of the hearing.

Dated this 10th day of August, 2005.

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

_____
RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney

**RECEIVED**
AUG 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM