CEspinosa.MCD

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ESPINOSA, et al.,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00053-001<br><br>**GOVERNMENT'S RESPONSE TO MOTION TO COMPEL DISCOVERY** |

Comes now the United States, by and through its undersigned First Assistant United States Attorney, and in response to defendant's Motion to Compel Discovery, states as follows:

On August 16, 2005, the government provided defendant's counsel, Rawlen Mantanona a copy of the Search Warrant with an attached Inventory List, Search Warrant Affidavit, as well as additional discovery. See Attachment A.

Respectfully submitted this 17th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney



U.S. Department of Justice

United States Attorney
District of Guam

rcs18b.ltr

Sirena Plaza, Suite 500
108 Hernan Cortez Avenue    (671) 472-7332
Hagåtña, Guam 96910    FAX (671) 472-7334

August 16, 2005

Mr. Rawlen Mantanona
Mantanona Law Office
GCIC Building Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910

Re: <u>United States vs. Christopher Espinosa, et al.</u>, Criminal Case No. 05-00053

Dear Mr. Mantanona:

As additional discovery for the above-referenced matter, I have enclosed the following:

1) Inspection Service Exhibit #2, USMS photo print of Christopher Espinosa.
2) Inspection Service Exhibit #3, Memorandum of Interview dated 6/22/05 of Christopher Espinosa by Inspector Greg McGahey.
3) Inspection Service Exhibit #5, Affidavit with Attachments A and B of Inspector Gregory McGahey filed 6/22/05.
4) Inspection Service Exhibit #7, Search Warrant with Inventory List, dated 6/22/05.
5) Inspection Service Exhibit #8, Supplemental Report No. 2, Photographs of Search Warrant at 7443 Cleghorn Canyon Way, LV, NV.
6) Inspection Service Exhibit #9, Letter dated 8/1/05 from Simonique Avilez, Senior Forensic Chemist to Craig Hales, U.S. Postal Inspector, results of Exhibit Q-1 (A01174719).

Sincerely,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
for RUSSELL C. STODDARD
First Assistant U.S. Attorney

Enclosures