**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96910

Attorney for **Christopher M. Espinosa**

**FILED**
DISTRICT COURT OF GUAM
AUG 19 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | |
| ) | **NOTICE OF WITHDRAW OF** |
| CHRISTOPHER M. ESPINOSA. et al. ) | **DEFENDANT'S MOTION TO COMPEL** |
| ) | **DISCOVERY** |
| Defendant. ) | |

Defendant Christopher M. Espinosa hereby withdraws his Motion to Compel Discovery currently set for August 22, 2005. The defendant has been provided the requested documents and evidence on August 17, 2005.

Dated this ___18___ day of August, 2005.

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

_____
RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney