**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
South Marine Drive
Tamuning, Guam 96910
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**

FILED
DISTRICT COURT OF GUAM

AUG 23 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | |
| ) | **MOTION FOR SEVERANCE OF** |
| CHRISTOPHER M. ESPINOSA. et al. ) | **DEFENDANTS** |
| ) | |
| Defendant. ) | |

COMES NOW, Defendant, CHRISTOPHER M. ESPINOSA, though counsel Mantanona Law Office, by RAWLEN MT MANTANONA, and moves this court an order for severance of defendant Eric M. Aponik. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other and further evidence and arguments as may be presented to the Court at the time of hearing.

Dated: August 19, 2005

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

By: _____
RAWLEN M T MANTANONA,
A duly licensed employee.