**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
South Marine Drive
Tamuning, Guam 96910
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**

**FILED**
DISTRICT COURT OF GUAM

AUG 23 2005

MARY L.M. MORAN
CLERK OF COURT

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | |
| ) | **MOTION FOR FRANKS HEARING AND** |
| CHRISTOPHER M. ESPINOSA. et al. ) | **TO SUPRESS EVIDENCE** |
| ) | |
| Defendant. ) | |

COMES NOW, Defendant, CHRISTOPHER M. ESPINOSA, though counsel Mantanona Law Office, by RAWLEN MT MANTANONA, and moves this court for a <u>Franks</u> hearing and an an order suppressing all evidence found and resulting from the search warrant at Defendant Espinosa's Las Vegas home, 7443 Cleghorn Canyon Way, Las Vegas, Nevada. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other evidence and arguments as may be present to the Court at the time of hearing.

Dated: August 22, 2005

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

By: _____
RAWLEN M T MANTANONA,
A duly licensed employee.