**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96910
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**

FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | |
| ) | **NOTICE OF MOTION FOR SEVERANCE** |
| CHRISTOPHER M. ESPINOSA. et al. ) | **OF DEFENDANTS** |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the _____ day of AUG 30 2005 2005 at 1:30 a.m./p.m., Defendant Christopher M. Espinosa will move the District Court of Guam for an severance of defendants as requested herein. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other and further evidence or agreement that may be presented at the time of the hearing.

Dated this __19__ day of __AUG__, 2005.

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

_____
RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney

RECEIVED
AUG 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM