**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96910
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**

**FILED**
DISTRICT COURT OF GUAM
AUG 2 3 2005 𝒫

**MARY L.M. MORAN
CLERK OF COURT**

**DISTRICT COURT OF GUAM
TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA | )    **Criminal Case No. 05-00053** |
| | ) |
| vs. | ) |
| | )    **CERTIFICATE OF SERVICE** |
| CHRISTOPHER M. ESPINOSA. et al. | ) |
| | ) |
| Defendant. | ) |

    I, CHARLENE D. MAYO, hereby certify that a copy of the Notice of Withdraw of

Defendant's Motion to Compel Discovery was duly hand-delivered or faxed to the following

on August 19, 2005:

Russell C. Stoddard
First Assistant U.S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910

Federal Public Defender
Superior Court Annex, Suite 200
110 W. O'Brien
Hagatna, Guam 96910

Joaquin C. Arriola Jr., Esq.
Arriola, Cowan & Arriola
Suite 201, C&A Professional Building
259 Martyr Street
Hagatna, Guam 96910

William L. Gavras, Esq.
Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagatna, Guam 96910

DATED: 8/19/05

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona
Attorney for Christopher M. Espinosa, Defendant