FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff. </br> vs. </br> CHRISTOPHER M. ESPINOSA, </br> Defendant. | CRIMINAL CASE NO. 05-00053 </br></br> **ORDER** |

Due to the scheduling needs of the Court, the hearing on the Defendant's Motion to Sever, presently set for August 30, 2005, is hereby moved to Monday, August 29, 2005 at 1:30 p.m. The Government shall file a response to the motion no later than Friday, August 26, 2005 at 12 noon.

SO ORDERED this 24th day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge