**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96910
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | |
| ) | **NOTICE OF MOTION FRANKS HEARING** |
| CHRISTOPHER M. ESPINOSA. et al. ) | **AND TO SUPRESS EVIDENCE** |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the _____ day of ~~SEP 06 2005~~ SEP - 2 2005 2005 at 8:30 ~~1:00~~ a.m./p.m., Defendant Christopher M. Espinosa will move the District Court of Guam for a <u>Franks</u> Hearing and to suppress evidence discovered pursuant to a search warrant at Defendant Espinosa's Las Vegas, Nevada residence. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other and further matters as may be present at the time of the hearing.

Dated this ____ day of AUG, 2005.

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

_____
RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney

RECEIVED
AUG 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM