**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96910
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00053 |
| ) | |
| vs. ) | |
| ) | **DEFENDANT ESPINOSA'S SECOND** |
| CHRISTOPHER M. ESPINOSA. et al. ) | **MOTION TO COMPEL DISCOVERY** |
| ) | |
| Defendant. ) | |

## MOTION

COMES NOW Defendant CHRISTOPHER M. ESPINOSA, through undersigned counsel of record and moves the Court for an order compelling the production of discovery of a copy of the Affidavit of Probable Cause for a search warrant issued and executed on June 17, 2005 at a Guam Postal Facility. This motion is based upon the pleadings of the file, the attached Memorandum of Points and Authorities, and such other and further evidence and argument matters as may be presented to the Court at the time of hearing thereon.

Dated this 23 day of August, 2005.

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney