**MANTANONA**
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Christopher M. Espinosa**

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00053 |
| vs. | |
| CHRISTOPHER M. ESPINOSA, ERIC M. APONIK, JOHN V. CRUZ and JARETT J. ELM | NOTICE OF MOTION ON DEFENDANT ESPINOSA'S SECOND MOTION TO COMPEL DISCOVERY |
| Defendants. | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the _____ day of AUG 29 2005, 2005 at 1:30 a.m./p.m., Defendant Christopher M. Espinosa will move the District Court of Guam for an second order compelling discovery as requested herein. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other and further matters as may be present at the time of the hearing.

Dated this 24 day of Aug., 2005.

MANTANONA LAW OFFICE
Attorney for Christopher M. Espinosa

RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney