**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 05-00053 |
| vs. | |
| CHRISTOPHER M. ESPINOSA. et al. | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, CHARLENE D. MAYO, hereby certify that a copy of the Notice of Hearing on Defendant Espinosa's Second Motion to Compel Discovery, Defendant Espinosa's Second Motion to Compel Discovery, and Memorandum in Support of Defendant Espinosa's Second Motion to Compel Discovery was duly hand-delivered to the following on August 23ND, 2005:

Russell C. Stoddard
First Assistant U.S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910

John Gorman
Federal Public Defender
First Hawaiian Bank, Suite 501
Maite, Guam 96910

Joaquin C. Arriola Jr., Esq.
Arriola, Cowan & Arriola
Suite 201, C&A Professional Building
259 Martyr Street
Hagatna, Guam 96910

William L. Gavras, Esq.
Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagatna, Guam 96910

DATED: August 23, 2005

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona
Attorney for Christopher M. Espinosa, Defendant