AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

CHRISTOPHER M. ESPINOSA, et al.

**NOTICE**

CASE NUMBER: CR-05-00053

TYPE OF CASE:

☐ CIVIL     X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

**FILED**
DISTRICT COURT OF GUAM
AUG 26 2005
MARY L.M. MORAN
CLERK OF COURT

TYPE OF PROCEEDING

**MOTION FOR FRANKS HEARING AND TO SUPPRESS EVIDENCE**

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | Friday, September 2, 2005 at 8:30 a.m. | Tuesday, August 30, 2005 at 9:30 a.m. |

MARY L. M. MORAN
CLERK OF COURT

August 26, 2005
DATE

(BY) DEPUTY CLERK

TO:  U.S. Attorney's Office     Federal Public Defender     U.S. Marshal Service
       Rawlen Mantanona     William Gavras
       Joaquin C. Arriola, Jr.     U.S. Probation Office