**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**

**FILED**
DISTRICT COURT OF GUAM

AUG 29 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00053 |
| vs. | |
| CHRISTOPHER M. ESPINOSA. et al. | **MOTION TO WITHDRAW AS COURT APPOINTED COUNSEL** |
| Defendant. | |

### MOTION

Attorney for Defendant applies to the Court for an order granting the following relief for withdrawal as counsel for Defendant. Rawlen M T Mantanona was appointed to represent Defendant in the above-entitled action. A situation has arisen that mandates Rawlen M T Mantanona withdrawing as the Defendant's counsel.

Dated this ___ day of _____, 2005.

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney