AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | **NOTICE** | **FILED** |
| --- | --- | --- |
| V. | | DISTRICT COURT OF GUAM |
| CHRISTOPHER M. ESPINOSA, et al | CASE NUMBER: 05-00053 | AUG 2 9 2005 |
| | | MARY L.M. MORAN |
| | | ~~CLERK OF COURT~~ |

TYPE OF CASE:
☐ CIVIL   X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
| --- | --- |
| | DATE AND TIME |

TYPE OF PROCEEDING

**JURY TRIAL**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
| --- | --- | --- |
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam | Thursday, September 1, 2005 at 10:00 a.m. | Wednesday, August 31, 2005 at 9:30 a.m. |

Mary L.M. Moran
CLERK OF COURT

August 26, 2005
DATE

(BY) DEPUTY CLERK

TO:  R. Stoddard            R. Mantanona              W. Gavras                J. Arriola
     First Asst. U.S. Attorney   Attorney for Espinosa    Attorney for Elm     Attorney for Cruz

J. Gorman
Attorney for Aponik