| 1 | **MANTANONA** |
|---|---|
| | LAW OFFICE |
| 2 | |
| | BankPacific Building, 2nd Floor |
| 3 | 825 South Marine Drive |
| | Tamuning, Guam 96913 |
| | Telephone: (671) 646-2001 |
| 4 | Facsimile: (671) 646-0777 |



**FILED**
DISTRICT COURT OF GUAM

AUG 29 2005

MARY L.M. MORAN
CLERK OF COURT

Attorney for **Christopher M. Espinosa**

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) Criminal Case No. 05-00053 |
|---|---|
| vs. | ) |
| | ) **NOTICE OF HEARING ON COURT** |
| CHRISTOPHER M. ESPINOSA. et al. | ) **APPOINTED COUNSEL MANTANONA'S** |
| | ) **MOTION TO WITHDRAW** |
| Defendant. | ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **30th** day of **August**, 2005 at **9:30** a.m./p.m., counsel RAWLEN M T MANTANONA, ESQ. will move the District Court of Guam for an order granting counsel's motion to withdraw as requested herein. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other and further matters as may be present at the time of the hearing.

Dated this **29** day of **Aug**, 2005.

MANTANONA LAW OFFICE
Attorney for **Christopher M. Espinosa**

_____
RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney



RECEIVED
AUG 29 2005 -7P
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL