**MANTANONA**
LAW OFFICE

BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96910
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Christopher M. Espinosa**



FILED
DISTRICT COURT OF GUAM

AUG 29 2005

MARY L.M. MORAN
CLERK OF COURT

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 05-00053 |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF RAWLEN M T** |
| CHRISTOPHER M. ESPINOSA. et al. | ) | **MANTANONA** |
| | ) | |
| Defendant. | ) | |

I, RAWLEN M T MANTANONA, do hereby declare as follows:

1. I am court-appointed counsel for Christopher M. Espinosa, the Defendant in the above-captioned matter.

2. I personally have met with Mr. Espinosa on a regular basis regarding his case. Our last meeting on August 29, 2005, Mr. Espinosa expressed his displeasure with the way he believes his case and representation was handled and expressed that he no longer had confidence in my ability to handle his case. He further instructed me to request a new attorney.

3. I believe that my withdrawal is justified on the basis that the client is displeased and belief that declarant is not protecting his interest and rights in the above entitled-matter.

4. Declarant believes Defendant Espinosa who is currently set for trial on

September 1, 2005, does not feel declarant has the sufficient skill to thoroughly represent him. Defendant of lack of conference goes back to defendant Espinosa's statements to Declarant at his arraignment, Declarant notified the court and put it on the record. The defendant has questioned Declarant's ability and loyalty ever since.

5. The representation of Defendant has been rendered unreasonably difficult and unproductive by the client. There should be no reason for any unreasonable delay in the proceedings.

6. Due to the short notice, Assistant United States Attorney Russell Stoddard has not been contacted in regards to Defendant's counsel's intention to withdraw and go ex parte for this purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August, 2005 in Hagatna, Guam.

MANTANONA LAW OFFICE
Attorney for Christopher M. Espinosa

_____
RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney