# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>  vs.<br><br>Christopher M. Espinosa, et al.,<br><br>   Defendant. | Case No. 1:05-cr-00053<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing filed August 26, 2005,* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *Joaquin C. Arriola, Jr.* | *Rawlen M.T. Mantanona* |
|---|---|---|---|
| *August 29, 2005* | *August 26, 2005* | *August 26, 2005* | *August 29, 2005* |
| *William Gavras* | *U.S. Probation Office* | *U.S. Marshal Service* | |
| *August 26, 2005* | *August 29, 2005* | *August 26, 2005* | |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing filed August 26, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 30, 2005            /s/ Marilyn B. Alcon
                              Deputy Clerk