IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
AUG 29 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053-001      DATE: 08/29/2005

HON. JOAQUIN V.E. MANIBUSAN, JR. Magistrate Judge      Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:56:00 - 2:00:10      CSO: L. Ogo / F. Tenorio

**************************APPEARANCES**************************

**DEFT:** CHRISTOPHER M. ESPINOSA      **ATTY:** RAWLEN MANTANONA
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.      (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD      AGENT:

U.S. PROBATION: JOHN SAN NICOLAS      U.S. MARSHAL: F. TAITAGUE

INTERPRETER: _____      ( ) SWORN    LANGUAGE: _____
     ( ) PREVIOUSLY SWORN

( ) MOTION ARGUED BY ( ) GOVERNMENT ( ) DEFENDANT
( ) MOTION ___Granted ___Denied ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL.

**NOTES:**

▸ **MOTION TO COMPEL -** Government counsel stated that he has been off-island and presumed that everything had been turned over, however, he had just spoken with Defense counsel and he will provide him with the documents today. The Court instructed Government counsel to provide the necessary documents by 5:00 p.m. today.

▸ **MOTION TO SEVER DEFENDANT -** Government counsel stated that he has been informed by counsel for co-defendants that they will be pleading guilty which moots the issue of severance. Defense counsel agreed, however, he stated that he filed his motion to protect his client's rights. The Court and parties agreed that the motion is moot.