DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL




**FILED**
DISTRICT COURT OF GUAM
AUG 30 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00053-001      DATE: August 30, 2005

HON. S. JAMES OTERO, Designated Judge, Presiding      Law Clerk: NONE PRESENT
Court Reporter: Wanda M. Miles      Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:30:43 - 11:13:41      CSO: L. Gogo / J. Lizama / P. Taijeron
(Sealed portion of the hearing = 10:40:16 - 11:11:31)

**APPEARANCES**

**DEFT:** CHRISTOPHER M. ESPINOSA      **ATTY:** RAWLEN MANTANONA
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: RUSS STODDARD      AGENT: CRAIG HALES, U.S. POSTAL SERVICE

U.S. PROBATION: JUDY OCAMPO      U.S. MARSHAL: W. GRAY

**PROCEEDINGS:**
- MOTION FOR FRANKS HEARING AND TO SUPPRESS EVIDENCE
- MOTION TO WITHDRAW

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s) ___Granted ___Denied ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**
The Court heard arguments from counsel on the Motion for Franks Hearing and Motion to Suppress. The Court Denied the Motion for Franks Hearing and the Motion to Suppress for reasons stated on the record. No further written order will be forthcoming.

The Court Sealed the courtroom for In-Camera discussion with counsel and the defendant regarding the Motion to Withdraw.

The Court Granted the Motion to Withdraw. G. Patrick Civille was appointed to represent the defendant

The Court stated that the defendant is to be brought back at 1:30 p.m. to discuss the setting of a new trial date.

( X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
next page

Courtroom Deputy: _____