# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Christopher M. Espinosa, et al.,<br><br>        Defendant. | Case No. 1:05-cr-00053<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice filed August 29, 2005*, on the dates indicated below:

| | | | |
|---|---|---|---|
| *U.S. Attorney's Office* | *Rawlen M.T. Mantanona* | *Federal Public Defender* | *Joaquin C. Arriola, Jr.* |
| *August 29, 2005* | *August 29, 2005* | *August 29, 2005* | *August 29, 2005* |
| *William Gavras* | | | |
| *August 30, 2005* | | | |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice filed August 29, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 31, 2005                  /s/ Marilyn B. Alcon
                                                                     Deputy Clerk