DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES - GENERAL**



**FILED**
DISTRICT COURT OF GUAM
AUG 30 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. 05-00053-001              DATE: August 30, 2005

HON. S. JAMES OTERO, Designated Judge, Presiding         Law Clerk: NONE PRESENT
Court Reporter: Wanda M. Miles                            Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 4:07:08 - 4:18:29    CSO: L. Gogo / J. Lizama

*********************APPEARANCES*********************
DEFT: **CHRISTOPHER M. ESPINOSA**        ATTY: **PATRICK CIVILLE**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: RUSS STODDARD             AGENT: CRAIG HALES, U.S. POSTAL SERVICE

U.S. PROBATION: JUDY OCAMPO              U.S. MARSHAL: W. GRAY

**PROCEEDINGS:         TRIAL SETTING**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s) ___Granted ___Denied ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court ordered that the sealing of the transcript regarding the Motion to Withdraw heard this morning, however, would make the record available to Mr. Civille, in light of his recent appointment.

The Court set the matter for trial on November 8, 2005 at 9:30 a.m. and Pretrial Conference on November 7, 2005 at 10:00 a.m.

The Court stated that based on the representations made by counsel, the time from today up to and including November 8, 2005 shall be excluded from the Speedy Trial calculations.

Mr. Civille requested for a copy of the transcript of the Motion to Withdraw. The Court Ordered that the transcript be prepared.

(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                                    next page

Courtroom Deputy: _____