# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Christopher M. Espinosa, <br><br> Defendant. | Case No. 1:05-cr-00053-001 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Voucher filed September 1, 2005 and the CJA 24 Voucher filed September 1, 2005*, on the dates indicated below:

*G. Patrick Civille*
*September 1, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Voucher filed September 1, 2005 and the CJA 24 Voucher filed September 1, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 22, 2005    /s/ Leilani R. Toves Hernandez
                                                    Deputy Clerk