**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*



FILED
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053-001 |
| Plaintiff, ) | |
| vs. ) | MOTION TO DISCHARGE COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| CHRISTOPHER M. ESPINOSA, ) | |
| Defendant. ) | |

Defendant, Christopher M. Espinosa, moves this Court for an order discharging his current attorney, Patrick Civille, and appointing new counsel to represent him. The basis for this motion is that defendant believes that his current counsel has not kept in sufficient contact with him, has not followed his instructions and has not been supportive of defendant's theories of defense. Defendant requests an opportunity to address these concerns in more detail directly to the Court at a hearing hereon. Defendant further asks the Court to appoint new counsel with whom he will have a better relationship.

//

//

//

Respectfully submitted this 25th day of October, 2005.

                                              **CIVILLE & TANG, PLLC**

                                              By _____
                                                **G. PATRICK CIVILLE**
                                                *Attorneys for Defendant*
                                                *Christopher M. Espinosa*