**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*



**FILED**
DISTRICT COURT OF GUAM

OCT 25 2005

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00053-001 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| CHRISTOPHER M. ESPINOSA, | ) | |
| Defendant. | ) | |

I, G. PATRICK CIVILLE, hereby certify that on October 25, 2005, I caused a copy of the Motion to Discharge Counsel and Notice of Hearing on Motion to Discharge Counsel to be served by hand delivery to the office of the United States Attorney Suite 500, Sirena Plaza - 108, Hernan Cortez Ave., Hagåtña, Guam 96910.

DATED at Hagåtña, Guam, this 25th day of October, 2005.

**CIVILLE & TANG, PLLC**

By /s/ G. PATRICK CIVILLE
*Attorneys for Defendant*
*Christopher M. Espinosa*

ORIGINAL