**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*

**FILED**
DISTRICT COURT OF GUAM
OCT 26 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.05-00053-001 |
| Plaintiff, ) | |
| ) | **NOTICE OF HEARING ON MOTION** |
| vs ) | **TO DISCHARGE COUNSEL** |
| ) | |
| CHRISTOPHER M. ESPINOSA, ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that on _Nov. 1_, 2005, at the hour of _10:30 a_.m., Defendant Christopher M. Espinosa's Motion to Discharge Counsel shall be brought on for hearing.

DATED at Hagåtña, Guam, this 25th day of October, 2005.

CIVILLE & TANG, PLLC

By _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Christopher M. Espinosa*

RECEIVED
OCT 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL