1  CEspinosa.STP
2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 26 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053-001 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF THE PARTIES TO CONTINUE TRIAL DATE** |
| CHRISTOPHER ESPINOSA, ) | |
| Defendant. ) | |

COMES NOW the United States, and respectfully requests and moves this Honorable Court for an Order continuing the trial date in the above entitled cause, which is currently scheduled for Tuesday, November 8, 2005 at 9:30 a.m., to Monday, January 9, 2006, at 9:30 a.m.

The United States makes this request because government counsel, Russell C. Stoddard, is currently off-island on emergency leave. Attorney G. Patrick Civille, counsel for defendant had spoken to his client, and that his client has expressed no objections to the continuance of this

\\
\\
\\

ORIGINAL

trial as well. A request to continue the trial would enable defendant to obtain new counsel, as defendant has just filed a Motion to Discharge Counsel and For Appointment of New Counsel.

Respectfully submitted this 26th day of October, 2005.

| LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and NMI<br><br>By: _____<br>RUSSELL C. STODDARD<br>First Assistant U.S. Attorney | CIVILLE & TANG, PLLC<br><br>_____<br>G. PATRICK CIVILLE<br>Attorney for Defendant |
|---|---|