ORIGINAL

chrisespinosacontstp

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00053-01 |
| Plaintiff. | ) |
| | ) **STIPULATION OF THE PARTIES** |
| vs. | ) **TO CONTINUE TRIAL DATE** |
| CHRISTOPHER ESPINOSA, | ) |
| Defendant. | ) |

COMES NOW the United States, and respectfully requests and moves this Honorable Court for an Order continuing the trial date in the above entitled cause, which is currently scheduled for Tuesday, November 8, 2005 at 9:30 a.m., to Monday, January 9, 2006 at 9:30 a.m.

The United States makes this request because government counsel, Russell C. Stoddard, is currently off-island on emergency leave. The nature of the emergency is that he had to assist his wife with their home in Ft. Myers, Florida, in anticipation of Hurricane Wilma. During clean-up after the storm, Mrs Stoddard fell and broke her wrist and will require surgery which will delay AUSA Stoddard's return currently scheduled for November 8, 2005, until a week later. This case would be a real burden for another AUSA to pick up and try on such short notice.

Attorney G. Patrick Civille, counsel for defendant, had spoken to his client, and his client

1

has expressed no objections to the continuance of this trial. A request to continue the trial would enable the defendant to obtain new counsel, as defendant has just filed a Motion to Discharge Counsel and For Appointment of New Counsel.

Respectfully submitted this 28th day of October, 2005.

| LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and NMI | CIVILLE & TANG, PLLC |
|---|---|
| /s/ (for)<br>RUSSELL C. STODDARD<br>First Assistant U.S. Attorney | /s/<br>G. PATRICK CIVILLE<br>Attorney for Defendant |