FILED
DISTRICT COURT OF GUAM
OCT 2 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. ESPINOSA,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**ORDER** |

　　The Court hereby schedules the parties' Stipulations to Continue Trial Date (Docket Nos. 86 and 87) for hearing on Tuesday, November 1, 2005 at 10:30 a.m.

　　SO ORDERED this 28th day of October 2005.

　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　United States Magistrate Judge

**ORIGINAL**