DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
NOV -1 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00053-001           DATE: November 1, 2005

HON. JOAQUIN V.E. MANIBUSAN, Magistrate Judge, Presiding      Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME:10:29:34 - 10:44:43      CSO: B. Pereda

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: CHRISTOPHER M. ESPINOSA**              **ATTY : G. PATRICK CIVILLE**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                    AGENT:

U.S. PROBATION: GRACE FLORES                  U.S. MARSHAL: V. ROMAN

**PROCEEDINGS:**
- **MOTION TO DISCHARGE COUNSEL AND APPOINTMENT OF NEW COUNSEL**
- **MOTION TO CONTINUE TRIAL**

( ) MOTION(s) ARGUED BY      ( ) GOVERNMENT      ( ) DEFENDANT(s)
( ) MOTION(s)  __Granted  ____Denied  ____Withdrawn  ____ Under Advisement
( ) ORDER SUBMITTED      ____Approved      ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Defendant addressed the Court and stated the reasons for his request for appointment of new counsel. Mr. Civille stated that he is still able to represent the defendant. The Court Denied the Motion to Discharge Counsel and stated its reasons.

Mr. Strand informed the Court that Mr. Stoddard will be back on island by November 15th or 16th. Mr. Civille had no objections and stated that he joined in the motion for continuance. The Court continued the trial to November 29, 2005 at 9:00 a.m. and ruled that the Ends of Justice is best served by granting the continuance as stated on the record. Therefore, present Pretrial Conference and trial dates are vacated.

No further written order will be forthcoming on the Court's rulings today.

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
(  ) DEFENDANT RELEASED (  ) as previously ordered (  ) see Release Conditions-
                                    next page

Courtroom Deputy: _____