

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM

NOV 2 9 2005

MARY L.M. MORAN
CLERK OF COURT

**CASE NO.  CR-05-00053**          **DATE: November 29, 2005**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge | Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles | Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:14:16 -9:27:36; 10:05:31 - 10:28:43 | CSO: D. Quinata / J. Lizama

* * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: CHRISTOPHER M. ESPINOSA** | **ATTY : G. PATRICK CIVILLE**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R. | ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY:  RUSS STODDARD | AGENT: CRAIG HALES, U.S. POSTAL SERVICE

U.S. PROBATION:  STEVE GUILLIOT | U.S. MARSHAL: V. ROMAN / F. TAITAGUE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROCEEDINGS:    INITIAL APPEARANCE ON SUPERSEDING INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:
( X ) DEFENDANT SWORN AND EXAMINED:  AGE: ____  SCHOOL COMPLETED:_____
( ) DEFENDANTS ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
      DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVED READING OF ( ) COMPLAINT ( X ) INFORMATION ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED:  ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO:  ALL CHARGES IN THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR:  JANUARY 9, 2006 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANTS TO BE RELEASED ON BOND (see attached release conditions)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Mr. Civille informed the Court that his client will defer to his judgment regarding the trial date.

Accordingly, the Court set trial for January 9, 2006 at 9:30 a.m. for reasons represented by defense

counsel and that the continuation meets the ends of justice. Defendant also concurred with the new trial

date. No further written order will be forthcoming.

Courtroom Deputy: