# FILED

DISTRICT COURT OF GUAM

DEC - 8 2005

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

### DISTRICT OF _____ GUAM

**UNITED STATES OF AMERICA**
**V.**

## SUMMONS IN A CRIMINAL CASE

### CHRISTOPHER M. ESPINOSA

Case Number: **CR-05-00053-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **413** |
| | Date and Time<br>**Friday, December 9, 2005 at 10:30 a.m.** |

To answer a(n)

X Second Superseding Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1), (b)(1)(A)(viii), & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**21:841(a)(1),(b)(1)(A)(viii) & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)**

**18:1956(a)(1)(A)(I) & 2 - MONEY LAUNDERING (COUNTS 3 THROUGH 5)**

**21:853 - FORFEITURE ALLEGATION (COUNT 6)**

ORIGINAL

| **MARILYN B. ALCON, Deputy Clerk** | _Marilyn B. Alcon_ |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**December 7, 2005**

Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 12/8/2005 |

### Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Doc Transport Officer

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___12/8/05___
       Date

J. Salas
_____
Name of United States Marshal

V S
_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.