# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>    vs.<br><br>Christopher M. Espinosa, et al.,<br><br>          Defendant. | Case No. 1:05-cr-00053<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order of Referral filed January 30, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Curtis Van de Veld* | *G. Patrick Civille* | *Philip Tydingco* |
|---|---|---|---|
| *January 31, 2006* | *January 31, 2006* | *January 30, 2006* | *February 1, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order of Referral filed January 30, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 1, 2006                          /s/ Marilyn B. Alcon
                                                                            Deputy Clerk