**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*



**FILED**
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S WITNESS LIST** |
| CHRISTOPHER M. ESPINOSA, | ) | |
| Defendant. | ) | |

Defendant, Christopher M. Espinosa, may call the following individuals as witnesses at trial:

1. John T. Calvo, Dededo Guam (688-5821).

2. Chris Brub, Agat, Guam (687-6867).

3. Defendant reserves the right to testify on his own behalf, and to call any Persons listed as witnesses by the United States.

DATED at Hagåtña, Guam, this 28th day of February, 2006.

**CIVILLE & TANG, PLLC**

By _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Christopher M. Espinosa*

ORIGINAL

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on February 28, 2006, I caused the foregoing document to be served by hand delivery on the Office of the United States Attorney Suite 500, Sirena Plaza, 108 Hernan Cortez Ave., Hagåtña, Guam 96910.

DATED at Hagåtña, Guam, this 28th day of February, 2006.

CIVILLE & TANG, PLLC

By_____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Christopher M. Espinosa*