CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*



FILED
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S EXHIBIT LIST** |
| CHRISTOPHER M. ESPINOSA, | ) | |
| Defendant. | ) | |

Defendant, Christopher M. Espinosa, hereby submits the following exhibit he anticipates introducing at trial:

| Exhibit No. | Description | Date Introduced | Date Admitted |
|---|---|---|---|
| A | Website for http://671guam.com/guahaninternational | | |

Defendant reserves the right to introduce any exhibits on the Government's exhibit list which are not introduced by the Government.

*United States of America vs. Christopher M. Espinosa*
Criminal Case No. 05-00053
*Defendant's Exhibit List*

DATED at Hagåtña, Guam, this 28th day of February, 2006.

CIVILLE & TANG, PLLC

By _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Christopher M. Espinosa*

2

Case 1:05-cr-00053   Document 154   Filed 02/28/2006   Page 2 of 2