CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*



**FILED**
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S PROPOSED VERDICT FORMS** |
| CHRISTOPHER M. ESPINOSA, | ) | |
| Defendant. | ) | |

Defendant, Christopher M. Espinosa, hereby submits his proposed Verdict Forms attached hereto.

DATED at Hagåtña, Guam, this 28th day of February, 2006.

**CIVILLE & TANG, PLLC**

By _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Christopher M. Espinosa*

ORIGINAL

# VERDICT FORM

## CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)
(Count I)

We, the jury, find the Defendant, Christopher M. Espinosa _____ [guilty/not guilty] of the crime of conspiracy to distribute over 100 grams of methamphetamine hydrochloride as charged in Count I of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE
## WITH INTENT TO DISTRIBUTE
## (21 U.S.C. §§ 841(a)(1), (b)(1)(A) (viii), and 846)
## (Count II)

We, the jury, find the Defendant, Christopher M. Espinosa _____ [guilty/not guilty] of the crime of possession with intent to distribute of over 100 grams of methamphetamine hydrochloride as charged in Count II of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## MONEY LAUNDERING
(18 U.S.C. § 1956(a)(1)(A)(I) and 2)
(Count III)

We, the jury, find the Defendant, Christopher M. Espinosa _____ [guilty/not guilty] of the crime of money laundering as charged in Count III of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## MONEY LAUNDERING
## (18 U.S.C. § 1956(a)(1)(A)(I) and 2)
## (Count IV)

We, the jury, find the Defendant, Christopher M. Espinosa _____ [guilty/not guilty] of the crime of money laundering as charged in Count IV of the Indictment.

_____
Foreperson of the Jury

Date:_____

# VERDICT FORM

## MONEY LAUNDERING
### (18 U.S.C. § 1956(a)(1)(A)(I) and 2)
### (Count V)

We, the jury, find the Defendant, Christopher M. Espinosa _____ [guilty/not guilty] of the crime of money laundering as charged in Count V of the Indictment.

_____
Foreperson of the Jury

Date:_____

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on February 28, 2006, I caused the foregoing document to be served by hand delivery on the Office of the United States Attorney Suite 500, Sirena Plaza, 108 Hernan Cortez Ave., Hagåtña, Guam 96910.

DATED at Hagåtña, Guam, this 28th day of February, 2006.

CIVILLE & TANG, PLLC

By _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Christopher M. Espinosa*