1    CEspinosa.EQP

2    LEONARDO M. RAPADAS
      United States Attorney
3    RUSSELL C. STODDARD
      First Assistant U.S. Attorney
4    Suite 500, Sirena Plaza
      108 Hernan Cortez Avenue
5    Agana, Guam 96910
      Telephone: (671) 472-7332/7283
6    Telecopier: (671) 472-7334

7    Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER M. ESPNIOSA ) <br> and BRIAN WILLIAM ELM, ) <br> ) <br> Defendants ) | CRIMINAL CASE NO. 05-00053 <br><br> **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning March 7, 2006.

RESPECTFULLY SUBMITTED this 28th day of February, 2006.

                         LEONARDO M. RAPADAS
                         United States Attorney
                         Districts of Guam and NMI

               By: _____
                        RUSSELL C. STODDARD
                        First Assistant U.S. Attorney

ORIGINAL