CEspinosa.WIT

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHRISTOPHER M. ESPINOSA<br>and BRIAN WILLIAM ELM,<br><br>  Defendants. | CRIMINAL CASE NO. 05-00053<br><br>**UNITED STATES'**<br>**WITNESS LIST** |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 26th day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney
-1-

## WITNESS LIST

1) Chirstopher DeSoto
   Customs Inspector, Guam Customs and Quarantine Agency

2) Craig A. Camacho
   Customs Inspector, Guam Customs and Quarantine Agency

3) Ruth Maysho
   Customs Inspector, Guam Customs and Quarantine Agency

4) Craig M. Hales
   U.S. Postal Inspector, U.S. Postal Inspection Service

5) John Duenas
   Special Agent, U.S. Immigration & Customs Enforcement

6) Erik Aponik

7) Jarett Elm

8) Gregory D. McGahey
   U.S. Postal Inspector, U.S. Postal Inspection Service

9) Simonique M. Avilez
   Senior Forensic Chemist, U.S. Postal Inspection Service

10) Western Union, Custodian of Records

11) Bank of Hawaii, Custodian of Records

12) IT & E, Custodian of Records

13) Bank of America, Custodian of Records

14) Bank of Guam, Custodian of Records

15) Jonathan Canovas

16) Albert Mendiola

17) Paul Mendiola

- i -