CEspinosa.Exhibit.Lst

1  LEONARDO M. RAPADAS
   United States Attorney
2  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER M. ESPINOSA<br>and BRIAN WILLIAM ELM,<br><br>　　　　Defendants. | CRIMINAL CASE NO. 05-00053<br><br>**UNITED STATES'**<br>**EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 25th day of February, 2006.

　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　By: _____
　　　　　　　　　　　RUSSELL C. STODDARD
　　　　　　　　　　　First Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1a. | Photograph of Box before opened by Postal Inspector | | |
| 1b. | Cardboard Box | | |
| 2. | PS Form 1093, Application for P.O. Box in name of Eric Aponik | | |
| 3a. | Methamphetamine | | |
| 3b. | Photo of Methamphetamine, GCPO-018-05, June 17, 2005 | | |
| 4. | PS Form 5625-C, Mailing Label, from Carmen Manibusan to Jena Aponik, Tracking No. CD 19685963 KUS | | |
| 5. | PS Form 3849, Delivery Notice/Receipt | | |
| 6a. | Cassette Tape of 6/18/05, 1:10 p.m., Monitored Phone Call | | |
| 6b. | Compact Disc of 6/18/05, 1:10 p.m., Monitored Phone Call | | |
| 6c. | Transcript of 6/18/05, 1:10 p.m., Monitored Phone Call | | |
| 7a. | Cassette Tape of 6/18/05, 1:30 p.m., Monitored Phone Call | | |
| 7b. | Compact Disc of 6/18/05, 1:30 p.m., Monitored Phone Call | | |
| 7c. | Transcript of 6/18/05, 1:30 p.m., Monitored Phone Call | | |
| 8a. | Cassette Tape of 6/21/05, 11:16 a.m., Monitored Phone Call | | |
| 8b. | Compact Disc of 6/21/05, 11:16 a.m., Monitored Phone Call | | |
| 8c. | Transcript of 6/21/05, 11:16 a.m., Monitored Phone Call | | |
| 9a. | Phone Toll Records for (671) 777-6211, Aponik's cell phone | | |
| 9b. | Summary Chart of Calls Placed to Espinosa by Aponik | | |
| 10. | Bank of Hawaii Records, Account No. 6038-056330 | | |
| 11. | Bank of America Records, Account No. 0049 7126 8812 | | |
| 12. | Western Union Records | | |
| 13. | Summary Chart of Wire Transactions | | |
| 14. | PS From 5625-C, Customer Receipt, for Express Mail sent from Carmen Manibusan to Jena Aponik, # CD 19685963KUS | | |

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 15. | PS Form 5625-C, Customer Receipt, for Express Mail sent from Shelly Manibusan to Jason Aponik | | |
| 16. | Rubber Gloves | | |
| 17. | Photos of Handwritten Notes found in Espinosa's Residence | | |
| 18a. | Methamphetamine | | |
| 18b. | Photo of Methamphetamine, seized incident to the search warrant executed at 7443 Cleghorn Canyon Way, Las Vegas, Nevada | | |
| 18c. | U.S. Postal Inspection Service Forensic Lab Report | | |
| 19a-b. | Photographs of items found incident to the search warrant executed at 7443 Cleghorn Canyon Way, Las Vegas, Nevada | | |
| 20. | Plea Agreement of Eric Aponik | | |
| 21. | Plea Agreement of John V.M. Cruz | | |
| 22. | Plea Agreement of Jonathan Canovas | | |
| 23. | Plea Agreement of Jarett J. Elm | | |