ORIGINAL

| | |
|---|---|
| 1  LEONARDO M. RAPADAS<br>    United States Attorney<br>2  RUSSELL C. STODDARD<br>    First Assistant U.S. Attorney<br>3  Sirena Plaza Suite 500<br>    108 Hernan Cortez Avenue<br>4  Hagatna, Guam 96910<br>    Telephone: (671) 472-7332<br>5  Telecopier: (671) 472-7334 | **FILED**<br>DISTRICT COURT OF GUAM<br>MAR -1 2006<br>MARY L.M. MORAN<br>CLERK OF COURT |

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. ESPINOSA,<br>and BRIAN WILLIAM ELM,<br><br>    Defendants. | CRIMINAL CASE NO. 05-00053<br><br>**THIRD SUPERSEDING INDICTMENT**<br><br>**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii), and 846]<br>(COUNT 1)<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C.§ 2]<br>(COUNT 2)<br><br>**MONEY LAUNDERING CONSPIRACY**<br>[18 U.S.C. §§ 1956(h)]<br>(COUNT 3)<br><br>**MONEY LAUNDERING**<br>[18 U.S.C. §§ 1956(a)(1)(A)(i) and 2]<br>(COUNTS 4 thru 19) |

THE GRAND JURY CHARGES:

**COUNT 1 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

Beginning at a time unknown, but at least in or about the month of June, 2004 through on or about June 18, 2005, in the District of Guam and elsewhere, the defendants, CHRISTOPHER M. ESPINOSA and BRIAN WILLIAM ELM, and other persons known and unknown to the grand jury, did unlawfully, intentionally, and knowingly combine, conspire, confederate and

-1-

agree together and with others, to distribute over 50 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

### COUNT 2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about June 18, 2005, in the District of Guam, the defendant herein, CHRISTOPHER M. ESPINOSA, and other persons known to the grand jury, did unlawfully and knowingly possess with intent to distribute over 50 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code Section 2.

### COUNT 3 - MONEY LAUNDERING CONSPIRACY

Beginning in about June, 2004 and continuing thereafter to in about June 18, 2005, more exact dates being unknown to the Grand Jury, in the District of Guam, the defendants CHRISTOPHER M. ESPINOSA and BRIAN WILLIAM ELM, together with others known and unknown to the Grand Jury, knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to conduct such financial transactions affecting interstate and foreign commerce, which transactions in fact involved the proceeds of a specified unlawful activity, namely, possession with intent to distribute methamphetamine hydrochloride, in violation of Title 21, United States Code, Section 841, and conspiracy to possess with intent to distribute methamphetamine hydrochloride, in violation of Title 21, United States Code, Section 846; with the intent to promote the carrying on of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 4 TO 7 - MONEY LAUNDERING

On or about the dates listed below in the District of Guam and elsewhere, CHRISTOPHER M. ESPINOSA and others known to the Grand Jury, with the intent to promote the carrying on of specified unlawful activity, that is, possession with intent to distribute methamphetamine hydrochloride, in violation of Title 21, United States Code, Section 841 and conspiracy to possess with intent to distribute methamphetamine hydrochloride, in violation of Title 21, United States Code, Section 846, did knowingly conduct and attempt to conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, possession with intent to distribute methamphetamine hydrochloride, a violation of Title 21, United States Code, Section 841 and that while conducting and attempting to conduct the financial transactions as described below, CHRISTOPHER M. ESPINOSA knew that the property involved in the financial transactions represented some form of specified unlawful activity:

| Count | Date | Transaction Description | From | To | Amount |
|---|---|---|---|---|---|
| 4 | 04/12/05 | Transfer of Funds | Bank of Hawaii Account # 6038-056330 | Bank of America, Account # 004971268812 | $7,925.00 |
| 5 | 04/20/05 | Transfer of Funds | Bank of Hawaii Account # 6038-056330 | Bank of America, Account # 004971268812 | $7,925.00 |
| 6 | 06/03/05 | Wire Transfer | Western Union | Christopher M. Espinosa | $921.00 |
| 7 | 06/09/05 | Wire Transfer | Western Union | Christopher M. Espinosa | $3,816.00 |

All in violation of Title 18, United States Code, Sections 1956(a)(1(A)(i) and 2.

## COUNTS 8 TO 19 - MONEY LAUNDERING

On or about the dates listed below in the District of Guam and elsewhere, BRIAN WILLIAM ELM and others known to the Grand Jury, with the intent to promote the carrying on

-3-

1  of specified unlawful activity, that is, possession with intent to distribute methamphetamine
2  hydrochloride, in violation of Title 21, United States Code, Section 841 and conspiracy to
3  possess with intent to distribute methamphetamine hydrochloride, in violation of Title 21, United
4  States Code, Section 846, did knowingly conduct and attempt to conduct the following financial
5  transactions affecting interstate and foreign commerce, which involved the proceeds of a
6  specified unlawful activity, that is, possession with intent to distribute methamphetamine
7  hydrochloride, a violation of Title 21, United States Code, Section 841 and that while conducting
8  and attempting to conduct the financial transactions as described below, BRIAN WILLIAM ELM
9  \\
10 \\
11 \\
12 \\
13 \\
14 \\
15 \\
16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27
28

knew that the property involved in the financial transactions represented some form of specified unlawful activity:

| Count | Date | Transaction Description | Amount | Financial Institution | Account Number |
|---|---|---|---|---|---|
| 8 | 10/13/04 | Deposit | $1,000.00 | Bank of Guam | 202214688 |
| 9 | 11/06/04 | Deposit | $800.00 | Bank of Guam | 202214688 |
| 10 | 11/08/04 | Deposit | $800.00 | Bank of Guam | 202214688 |
| 11 | 11/19/04 | Deposit | $1,600.00 | Bank of Guam | 202214688 |
| 12 | 11/26/04 | Deposit | $800.00 | Bank of Guam | 202214688 |
| 13 | 12/23/04 | Deposit | $800.00 | Bank of Guam | 202214688 |
| 14 | 01/03/05 | Deposit | $2,950.00 | Bank of Guam | 202214688 |
| 15 | 01/18/05 | Deposit | $1,000.00 | Bank of Guam | 202214688 |
| 16 | 02/03/05 | Deposit | $1,000.00 | Bank of Guam | 202214688 |
| 17 | 02/04/05 | Deposit | $1,000.00 | Bank of Guam | 202214688 |
| 18 | 02/18/05 | Deposit | $1,900.00 | Bank of Guam | 202214688 |
| 19 | 02/25/05 | Deposit | $2,000.00 | Bank of Guam | 202214688 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

Dated this 1st day of March, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: RUSSELL C. STODDARD
First Assistant U.S. Attorney

-5-

# Criminal Case Cover Sheet            U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number __05-00053__
Same Defendant __XX__ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name __CHRISTOPHER M. ESPINOSA__

Allisas Name _____

Address _____

_____Hagatna, Guam_____

**RECEIVED MAR - 1 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birthdate __1980__ SS# _____ Sex _M_ Race_____ Nationality _____

**U.S. Attorney Information:**

FAUSA __Russell C. Stoddard__

Interpreter: __XX__ No _____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**
Total # of Counts: __7__    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | Conspiracy to Distribute Methamphetamine Hydrochloride | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2 | Possession with Intent to Distribute Methamphetamine Hydrochloride | 2 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2 | Money Laundering | 4 to 7 |

(May be continued on reverse)

Date: __3-1-06__    Signature of FAUSA: _____

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number ___05-00053___
Same Defendant ___XX___ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name ___BRIAN WILLIAM ELM___

Allisas Name _____

Address _____

___Hagatna, Guam___

Birthdate __1975__ SS# __3861__ Sex __M__ Race ____ Nationality ____

**RECEIVED MAR - 1 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

FAUSA __Russell C. Stoddard__

Interpreter: __XX__ No ____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody

____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __14__ ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | Conspiracy to Distribute Methamphetamine Hydrochloride | 1 |
| Set 2 | 18 U.S.C. §§ 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2 | Money Laundering | 8 to 19 |
| Set 4 | | | |

(May be continued on reverse)

Date: 2-1-06   Signature of FAUSA: _____