

FILED
DISTRICT COURT OF GUAM
MAR -2 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER M. ESPINOSA and
BRIAN WILLIAM ELM,

Defendant.

Criminal Case No. 05-00053

ORDER

It is HEREBY ordered that a final pretrial conference is scheduled for March 6, 2006 at 1:30 p.m. before the Honorable James L. Robart.*

SO ORDERED this 2nd day of March, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington by designation.