CEspinosa.RGT

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR -2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER M. ESPINOSA ) <br> and BRIAN WILLIAM ELM, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00053 <br><br> **UNITED STATES' MOTION TO RELEASE GRAND JURY TRANSCRIPTS** |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsels, G. Patrick Civille and Curtis Van de Veld, of the testimony of the witnesses who appeared before the Grand Jury in this matter and who will testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

\\
\\
\\
\\
\\

ORIGINAL

1        This motion is made for the reason that release of this document prior to the testimony of
 2  the witnesses will expedite the timely conduct of the trial itself.
 3        Respectfully submitted this 2nd day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney