CEspinosa.VER

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR - 3 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES'** [PROPOSED] **VERDICT FORMS** |
| CHRISTOPHER M. ESPINOSA ) and BRIAN WILLIAM ELM, ) | |
| Defendants. ) | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning defendants, CHRISTOPHER M. ESPINOSA and BRIAN WILLLIAM ELM.

Respectfully submitted this ___ day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. ESPINOSA,<br>and BRIAN WILLIAM ELM,<br><br>Defendants. | CRIMINAL CASE NO. 05-00053<br><br>**VERDICT FORM** |

**COUNT 2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2:

/ / NOT GUILTY

/ / GUILTY

**COUNT 3 - MONEY LAUNDERING CONSPIRACY**

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(h):

/ / NOT GUILTY

/ / GUILTY

- 1 -

## COUNT 4 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT 5 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT 6 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT 7 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA:  Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/   /   NOT GUILTY

/   /   GUILTY

DATED this _____ of March, 2006, at Hagatna, Guam.

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER M. ESPINOSA
and BRIAN WILLIAM ELM,

    Defendant.

CRIMINAL CASE NO. 05-00053

**VERDICT FORM**

**COUNT 3 - MONEY LAUNDERING CONSPIRACY**

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Section 1956(h) :

    / /    NOT GUILTY

    / /    GUILTY

**COUNT 8 - MONEY LAUNDERING**

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

    / /    NOT GUILTY

    / /    GUILTY

**COUNT 9 - MONEY LAUNDERING**

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

    / /    NOT GUILTY

    / /    GUILTY

## COUNT 10 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

    /   /    NOT GUILTY

    /   /    GUILTY

## COUNT 11 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

    /   /    NOT GUILTY

    /   /    GUILTY

## COUNT 12 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

    /   /    NOT GUILTY

    /   /    GUILTY

## COUNT 13 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

    /   /    NOT GUILTY

    /   /    GUILTY

## COUNT 14 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

## COUNT 15 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

## COUNT 16 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

## COUNT 17 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

## COUNT 18 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/  /     NOT GUILTY

/  /     GUILTY


## COUNT 19 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/  /     NOT GUILTY

/  /     GUILTY


DATED this _____ of March, 2006, at Hagatna, Guam.

_____
FOREPERSON