CEspinosa.SVF

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER M. ESPINOSA<br>and BRIAN WILLIAM ELM,<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 05-00053<br><br>**UNITED STATES'**<br>**[PROPOSED]**<br>**SPECIAL VERDICT FORMS** |

COMES NOW the United States and provides the proposed Special Verdict Form for use concerning defendants, CHRISTOPHER M. ESPINOSA and BRIAN WILLLIAM ELM.

Respectfully submitted this \_\_\_\_ day of March, 2006.

　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　United States Attorney
　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　By: _____
　　　　　　　　　　　　RUSSELL C. STODDARD
　　　　　　　　　　　　First Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,)  CRIMINAL CASE NO. 05-00053
       Plaintiff,)
       vs.)  **SPECIAL VERDICT FORM**
CHRISTOPHER M. ESPINOSA)
and BRIAN WILLIAM ELM,)
       Defendant.)

**COUNT 1 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled action, hereby FIND the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 21, United States Code, Sections 841(a)(1),(b)(1)(A)(viii) and 846:

    /  /    NOT GUILTY

    /  /    GUILTY

as charged in Count 1 of the Third Superseding Indictment.

    1. If you find the defendant CHRISTOPHER M. ESPINOSA guilty as charged in Count 1 of the Third Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant CHRISTOPHER M. ESPINOSA conspired to distribute was methamphetamine hydrochloride?

    _____  Yes

    _____  No

- 1 -

2. If you find beyond a reasonable doubt that the controlled substance CHRISTOPHER M. ESPINOSA conspired to distribute was methamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride defendant CHRISTOPHER M. ESPINOSA either directly distributed or agreed, understood, or reasonably could have foreseen would be distributed by other co-conspirators in furtherance of the conspiratorial agreement was:

    _____ at least 50 grams or more of methamphetamine hydrochloride;

    OR

    _____ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

    OR

    _____ a detectable amount but less than 5 grams of methamphetamine hydrochloride.

DATED this _____ day of March, 2006, at Hagatna, Guam.

                                            _____
                                            FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER M. ESPINOSA and BRIAN WILLIAM ELM, | **SPECIAL VERDICT FORM** |
| Defendant. | |

## COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled action, hereby FIND the defendant, BRIAN WILLIAM ELM: Violation of Title 21, United States Code, Sections 841(a)(1),(b)(1)(a)(viii) and 846:

/ /  NOT GUILTY

/ /  GUILTY

as charged in Count 1 of the Third Superseding Indictment.

1. If you find the defendant BRIAN WILLIAM ELM guilty as charged in Count 1 of the Third Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant BRIAN WILLIAM ELM conspired to distribute was methamphetamine hydrochloride?

_____ Yes

_____ No

2. If you find beyond a reasonable doubt that the controlled substance BRIAN WILLIAM ELM conspired to distribute was methamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride defendant BRIAN WILLIAM ELM either directly distributed or agreed, understood, or reasonably could have foreseen would be distributed by other co-conspirators in furtherance of the conspiratorial agreement was:

_____ at least 50 grams or more of methamphetamine hydrochloride;

OR

_____ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

OR

_____ a detectable amount but less than 5 grams of methamphetamine hydrochloride.

DATED this _____ day of March, 2006, at Hagatna, Guam.

_____
FOREPERSON

- 2 -

Case 1:05-cr-00053   Document 171   Filed 03/03/2006   Page 5 of 5