AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM
RECEIVED

DISTRICT OF     -1 MAR GUAM 08 32

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**CHRISTOPHER M. ESPINOSA**

FILED
DISTRICT COURT OF GUAM
MAR -3 2006
MARY L.M. MORAN
CLERK OF COURT

Case Number:    CR-05-00053-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 413 |
| | Date and Time |
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, March 3, 2006 at 11:15 a.m.** |

To answer a(n)

X Third Superseding Indictment     ☐ Information     ☐ Complaint     ☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1), (b)(1)(A)(viii), & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (Count 1)

21:841(a)(1), (b)(1)(A)(viii) & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (Count 2)

18:1956(h) - MONEY LAUNDERING CONSPIRACY (Count 3)

18:1956(a)(1)(A)(I) & 2 - MONEY LAUNDERING (Counts 4 thru 7)

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**March 1, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date 3/3/2006

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Call at back
UNITED STATES MARSHALS SERVICE
USMS 520 W. SOLEDAD AVE, SUITE 344
520 W. Hagatna, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/3/2006
Date

J. Salas
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

ORIGINAL

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.