IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(AMENDED)



**FILED**
DISTRICT COURT OF GUAM
MAR -3 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00053**                                              **DATE: 03/03/2006**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge          Law Clerk: Judith Hattori
Court Recorder: Leilani Toves-Hernandez                                    Courtroom Deputy: Marilyn Alcon
Hearing Electronically Recorded: (11:16:39 - 11:22:45)                CSO: J. Lizama

*************************** **A P P E A R A N C E S** ***************************

**DEFT:** CHRISTOPHER M. ESPINOSA                  **ATTY:** G. PATRICK CIVILLE - not present
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.          ( ) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**DEFT:** BRIAN WILLIAM ELM                         **ATTY:** CURTIS VAN DE VELD
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.          (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD                 **AGENT:** CRAIG HALES, U.S. POSTAL INSPECTOR

**U.S. PROBATION:** JUDY OCAMPO                     **U.S. MARSHAL:** DAVID PUNZALAN/CLARK MARQUEZ

**PROCEEDINGS:**

### INITIAL APPEARANCE AND ARRAIGNMENT RE THIRD SUPERSEDING INDICTMENT

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:
( ) DEFENDANTS SWORN AND EXAMINED: HIGH SCHOOL COMPLETED:_____
( ) DEFENDANTS ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
    DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION (X) INDICTMENT
( ) PLEAS ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
(X) CONTINUED ARRAIGNMENT SET FOR: March 6, 2006       at 1:00 p.m.

( ) DEFENDANTS TO BE RELEASED ON BOND (see attached release conditions)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* (X) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Court stated that Mr. Civille is not available for this hearing and had requested for a continuance. Court grants the request and continued the arraignment to March 6, 2006 at 1:00 p.m. Mr. Van de Veld also requested the Court to set his client's arraignment at the same time as defendant Espinosa. No objections from the government - GRANTED.

Mr. Van de Veld requested the use of court equipment at trial. The Court granted the request, and instructed counsel to submit the appropriate document. The Court reminded counsel of the pretrial conference set for Monday, March 6, 2006 at 1:00 p.m. (Amended to change time of Continued Arraignment).

Courtroom Deputy: *nbo*