```
CEspinosa.FAL
```

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' SECOND AMENDED EXHIBIT LIST** |
| CHRISTOPHER M. ESPINOSA ) and BRIAN WILLIAM ELM, ) | |
| Defendants. ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief: 31, to be introduced in its case-in-chief:

Respectfully submitted this 6th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1a. | Photograph of Box before opened by Postal Inspector | _____ | _____ |
| 1b. | Cardboard Box | _____ | _____ |
| 2. | PS Form 1093, Application for P.O. Box in name of Eric Aponik | _____ | _____ |
| 3a. | Methamphetamine | _____ | _____ |
| 3b. | Photo of Methamphetamine, GCPO-018-05, June 17, 2005 | _____ | _____ |
| 4. | PS Form 5625-C, Mailing Label, from Carmen Manibusan to Jena Aponik, Tracking No. CD 19685963 KUS | _____ | _____ |
| 5. | PS Form 3849, Delivery Notice/Receipt | _____ | _____ |
| 6a. | Cassette Tape of 6/18/05, 1:10 p.m., Monitored Phone Call | _____ | _____ |
| 6b. | Compact Disc of 6/18/05, 1:10 p.m., Monitored Phone Call | _____ | _____ |
| 6c. | Transcript of 6/18/05, 1:10 p.m., Monitored Phone Call | _____ | _____ |
| 7a. | Cassette Tape of 6/18/05, 1:30 p.m., Monitored Phone Call | _____ | _____ |
| 7b. | Compact Disc of 6/18/05, 1:30 p.m., Monitored Phone Call | _____ | _____ |
| 7c. | Transcript of 6/18/05, 1:30 p.m., Monitored Phone Call | _____ | _____ |
| 8a. | Cassette Tape of 6/21/05, 11:16 a.m., Monitored Phone Call | _____ | _____ |
| 8b. | Compact Disc of 6/21/05, 11:16 a.m., Monitored Phone Call | _____ | _____ |
| 8c. | Transcript of 6/21/05, 11:16 a.m., Monitored Phone Call | _____ | _____ |
| 9a. | Phone Toll Records for (671) 777-6211, Aponik's cell phone | _____ | _____ |
| 9b. | Summary Chart of Calls Placed to Espinosa by Aponik | _____ | _____ |
| 10. | Bank of Hawaii Records, Account No. 6038-056330 | _____ | _____ |
| 11. | Bank of America Records, Account No. 0049 7126 8812 | _____ | _____ |
| 12. | Western Union Records | _____ | _____ |
| 13. | Summary Chart of Wire Transactions | _____ | _____ |
| 14. | PS From 5625-C, Customer Receipt, for Express Mail sent from Carmen Manibusan to Jena Aponik, # CD 19685963KUS | _____ | _____ |

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 15. | PS Form 5625-C, Customer Receipt, for Express Mail sent from Shelly Manibusan to Jason Aponik | | |
| 16. | Rubber Gloves | | |
| 17. | Photos of Handwritten Notes found in Espinosa's Residence | | |
| 18a. | Methamphetamine | | |
| 18b. | Photo of Methamphetamine, seized incident to the search warrant executed at 7443 Cleghorn Canyon Way, Las Vegas, Nevada | | |
| 18c. | U.S. Postal Inspection Service Forensic Lab Report | | |
| 19a-b. | Photographs of items found incident to the search warrant executed at 7443 Cleghorn Canyon Way, Las Vegas, Nevada | | |
| 20. | Plea Agreement of Eric Aponik | | |
| 21. | Plea Agreement of John V.M. Cruz | | |
| 22. | Plea Agreement of Jonathan Canovas | | |
| 23. | Plea Agreement of Jarett J. Elm | | |
| 24. | Summary Exhibit (Counts 8 to 19) | | |
| 25. | Summary Exhibit (Additional Financial Transactions) | | |
| 26. | Summary Exhibit (Counts 4 to 7) | | |
| 27. | Western Union Records (January 1, 2004 to June 30, 2005) | | |
| 28. | Bank of Guam deposit receipts | | |
| 29. | NEXTEL Subscriber Information and Phone Toll Records for (702) 266-0513 and (702) 591-2221 | | |
| 30. | I-CONNECT Subscriber Information and Phone Toll Records for (671) 888-9405 | | |
| 31. | Lab Report, dated February 24, 2006 | | |