IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053                      DATE: 03/06/2006

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:10:21 - 1:16:53   CSO: B. Benavente / P. Taijeron

**************************APPEARANCES***************************

**DEFT:** CHRISTOPHER M. ESPINOSA        **ATTY:** JOYCE TANG for G. PATRICK CIVILLE
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT:** BRIAN WILLIAM ELM              **ATTY:** CURTIS VAN DE VELD
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD           AGENT: CRAIG HALES, U.S. POSTAL INSPECTOR

U.S. PROBATION: JOHN SAN NICOLAS          U.S. MARSHAL: V. ROMAN / G. PEREZ

**PROCEEDINGS:  CONTINUED ARRAIGNMENT RE THIRD SUPERSEDING INDICTMENT**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:
( X ) DEFENDANTS SWORN AND EXAMINED: HIGH SCHOOL COMPLETED:_____
( X ) DEFENDANTS ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
    DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) THIRD SUPERSEDING INDICTMENT
( X ) PLEAS ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: ALL COUNTS IN THE THIRD SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) CONTINUED ARRAIGNMENT SET FOR:_____ at _____

( ) DEFENDANTS TO BE RELEASED ON BOND (see attached release conditions)
( X ) DEFENDANTS TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Courtroom Deputy: