FILED
DISTRICT COURT OF GUAM
MAR 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>BRIAN WILLIAM ELM, *et al.*,<br><br>          Defendants. | CRIMINAL CASE NO. 05-00053<br><br>**ORDER** |

On March 9, 2006, the above-defendant filed a Motion for Severance. In light of the impending April 2006 trial date, the Government shall file a response to the motion no later than Friday, March 17, 2006, at 12 noon. The Defendant shall file a reply brief by Tuesday, March 21, 2006. A hearing on the motion shall be held on Friday, March 24, 2006, at 9:30 a.m.

SO ORDERED this *10th* day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**