CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant
Christopher M. Espinosa*



FILED
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.05-00053-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER GRANTING MOTION TO |
| ) | CONTINUE TRIAL AND |
| CHRISTOPHER M. ESPINOSA and BRIAN ) | SETTING NEW TRIAL DATES |
| WILLIAM ELM, ) | |
| ) | |
| Defendants. ) | |

This matter having come before the Court on March 6, 2006 on defendant Christopher Espinosa's written motion for a continuance, and defendant Brian Elm's oral motion for a thirty (30) day continuance, based on the recent filing of a Third Superceding Indictment and the recent production by the Government of approximately 600 pages of additional discovery. Defendants, while each reserving their right to assert a violation of their right to a speedy trial based on the failure to provide them a trial prior to the date of the filing of defendant Espinosa's motion for a continuance, waive time under 18 U.S.C. § 3161 from the March 3, 2006 filing of defendant's Espinosa's motion for continuance until April 3, 2006.

The parties having stipulated to new dates, and for good cause shown, IT IS ORDERED that:

ORIGINAL

Criminal Case No.05-00053-001
Order Granting Motion to Continue Trial and Setting New Trial Dates

1. Trial in this matter, which had been scheduled to begin on March 7, 2006, is hereby continued until April 3, 2006.

2. The deadline for filing pretrial motions is extended to March 15, 2006.

3. The time period March 3, 2006 through April 3, 2006 is excluded from computations under 18 U.S.C. § 3161.

4. The Court finds the ends of justice are served by the continuance.

IT IS SO ORDERED

DATE: March 14, 2006

---

JAMES L. ROBART[*]
Designated Judge
District Court of Guam

---

[*] The Honorable James L. Robart, United States District Judge for the Western District of Washington, by designation.