CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*



**FILED**
DISTRICT COURT OF GUAM

MAR 15 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.05-00053-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT CHRISTOPHER M.** |
| ) | **ESPINOSA'S MOTION TO** |
| ) | **CONTINUE HEARING DATE OR IN** |
| CHRISTOPHER M. ESPINOSA and ) | **THE ALTERNATIVE TO BE** |
| BRIAN WILLIAM ELM, ) | **PERMITTED TO PARTICIPATE** |
| ) | **TELEPHONICALLY** |
| Defendants. ) | |

Defendant Christopher Espinosa hereby moves this Court for an order continuing the hearing on Defendant Brian Elm's motion to sever, or in the alternative, to permit counsel for Defendant Espinosa to participate telephonically. The hearing on the motion to sever is set for March 24, 2006. The basis for this motion is that counsel for Mr. Espinosa is scheduled to be in Hawaii from March 15 through the end of the month for minor, but necessary surgery. The surgery is scheduled for March 21, and depending on the scope of the surgery and whether a skin graft will be necessary, counsel has been advised by the surgical staff that he will need to remain in Hawaii a minimum of four days, and possibly up to ten days, after the surgery.

ORIGINAL

Wherefore, counsel for Defendant Espinosa requests that the hearing on the motion to sever be continued or, in the alternative, that he be permitted to participate telephonically.

Respectfully submitted this 14th day of March, 2006.

CIVILLE & TANG, PLLC

By _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Christopher M. Espinosa*

# CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on March 15, 2006, a copy of the foregoing document will be served by hand-delivery on the following:

Russell C. Stoddard, Esq.
Office of the United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910

Curtis C. Van de veld, Esq.
Van de veld Shimizu Canto & Fisher
De La Corte Building, Suite 101
167 East Marine Corps. Drive
Hagåtña, Guam 96910

DATED this 14th day of March, 2006.

CIVILLE & TANG, PLLC

By_____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Christopher M. Espinosa*