FILED
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA, Plaintiff,

vs.

CHRISTOPHER M. ESPINOSA, *et al.*, Defendants.

CRIMINAL CASE NO. 05-00053

**ORDER**

On March 15, 2006, the above-named Defendant filed a Motion to Continue hearing Date or, in the alternative, to be Permitted to Participate Telephonically. Therein, defense counsel Patrick Civille requested that the hearing on co-defendant Brian Elm's Motion for Severance, scheduled for March 24, 2006, be continued because Mr. Civille would be off-island. Because the Defendant has not even joined in defendant Elm's motion, the Court hereby DENIES his motion for continuance and his alternative request to participate telephonically.

SO ORDERED this 24th day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL