CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*



## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.05-00053-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER GRANTING MOTION TO** |
| ) | **CONTINUE TRIAL AND SETTING** |
| CHRISTOPHER M. ESPINOSA and BRIAN) | **NEW TRIAL DATES** |
| WILLIAM ELM, ) | |
| ) | |
| Defendants. ) | |

This matter having come before the Court on March 27, 2006 on defendant Christopher Espinosa's written motion for a continuance, and defendant Brian Elm's oral motion for a thirty (30) day continuance. Defendants, while each reserving their right to assert a violation of their right to a speedy trial based on the failure to provide them a trial prior to the date of the filing of defendant Espinosa's motion for a continuance, waive time under 18 U.S.C. § 3161 from the March 27, 2006 filing of defendant's Espinosa's motion for continuance until May 15, 2006.

For good cause shown, IT IS ORDERED that:

1. Trial in this matter, which had been scheduled to begin on April 3, 2006, is hereby continued until May 15, 2006.

**ORIGINAL**

2. The time period March 27, 2006 through May 15, 2006 is excluded from computations under 18 U.S.C. § 3161.

3. The Court finds the ends of justice are served by the continuance.

4. A status hearing is scheduled for April 11, 2006 at 9:00 a.m. before the Honorable Roger T. Benitez.*

IT IS SO ORDERED

DATE: March 28, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, by designation.