IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053    DATE: 4/11/2006

***

HON. ROGER T. BENITEZ, Designated Judge, Presiding    Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles    Courtroom Deputy: Glenn Rivera
Electronically Recorded: 1:12.00 - 1:35.35    CSO: N. Edrosa/J. Lizamo

********************** A P P E A R A N C E S **************************

DEFT: __CHRISTOPHER M. ESPINOSA__    ATTY: __G. PATRICK CIVILLE__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

DEFT: __BRIAN WILLIAM ELM__    ATTY: __CURTIS VAN DE VELD__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD    AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: ROSSANNA VILLAGOMEZ-AGUON    U.S. MARSHAL: V. ROMAN/D. PUNZALAN

***

**PROCEEDINGS: STATUS CONFERENCE**

( ) DEFENDANT SWORN AND EXAMINED: AGE: ___  HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

( X ) DEFENDANTS TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____

NOTES:

ATTORNEY VAN DE VELD NOTIFIED THE COURT OF A POSSIBLE CONFLICT OF INTEREST WITH HIS OFFICE REPRESENTING HIS CLIENT IN THIS CASE, AND OF HIS INTENTION TO FILE A MOTION TO DISQUALIFY HIMSELF FROM REPRESENTING HIS CLIENT.

THE COURT SET A HEARING ON THE MOTION FOR DISQUALIFICATION OF ATTORNEY VAN DE VELD FOR MAY 12, 2006 AT 9:30AM BEFORE MAGISTRATE JUDGE MANIBUSAN.