ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER M. ESPINOSA, and ) <br> BRIAN WILLIAM ELM, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00053 <br><br> **MOTION FOR RECONSIDERATION AND REQUEST FOR RELIEF** |

COMES NOW the United States, by and through its undersigned Assistant United States Attorney, and in filing this motion for reconsideration of the order dated April 14, 2006 and request from relief thereof, states as follows:

1. At the status hearing on April 11, 2006, counsel for the government informed the Court that he would be in the mainland United States from April 20, 2006, through May 11, 2006. In establishing the motion due dates, response due dates and setting for trial, the court acknowledged the unavailability of counsel for the United States during the dates set forth herein.

Wherefore, the government respectfully requests that the trial setting in this matter, re-scheduled by Order of the Court filed April 14, 2006, be re-scheduled to a date on or after May

//
//
//
//

15, 2006. Furthermore, the government requests that the Court re-establish May 12, 2006, as the date for hearing the motion, should one be filed by the defendant, and the government's response thereto.

RESPECTFULLY SUBMITTED this 14th day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Russell C. Stoddard
RUSSELL C. STODDARD
First Assistant U.S. Attorney