IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**AMENDED* CRIMINAL MINUTES*

FILED
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053      DATE: 4/11/2006

| | |
|---|---|
| HON. ROGER T. BENITEZ, Designated Judge, Presiding | Law Clerk: NONE PRESENT |
| Court Reporter: Wanda Miles | Courtroom Deputy: Glenn Rivera |
| **Electronically Recorded:** 1:12.00 - 1:35.35 | CSO: N. Edrosa/J. Lizamo |

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** CHRISTOPHER M. ESPINOSA      **ATTY:** G. PATRICK CIVILLE
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT:** BRIAN WILLIAM ELM      **ATTY:** CURTIS VAN DE VELD
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD      **AGENT:** PAUL GRIFFITH, DEA

**U.S. PROBATION:** ROSSANNA VILLAGOMEZ-AGUON      **U.S. MARSHAL:** V. ROMAN/D. PUNZALAN

**PROCEEDINGS:** STATUS CONFERENCE

( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

( X ) DEFENDANTS TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____

**NOTES:**

ATTORNEY VAN DE VELD NOTIFIED THE COURT OF A POSSIBLE CONFLICT OF INTEREST WITH THE *FEDERAL PUBLIC DEFENDER'S OFFICE REPRESENTING CO-DEFENDANT IN THIS CASE, AND OF HIS INTENTION TO FILE A MOTION TO DISQUALIFY THEIR OFFICE.*

THE COURT SET A HEARING ON THE MOTION FOR DISQUALIFICATION OF *THE FEDERAL PUBLIC DEFENDER* FOR MAY 12, 2006 AT 9:30AM BEFORE MAGISTRATE JUDGE MANIBUSAN.