UNITED STATES DISTRICT COURT
~~WESTERN DISTRICT OF WASHINGTON~~
~~AT SEATTLE~~
DISTRICT OF GUAM

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke
Court Reporter: Miles

FILED
DISTRICT COURT OF GUAM
MAY -8 2006
MARY L.M. MORAN
CLERK OF COURT

Date: 5-8-06

---

PLEA MINUTES    9:30:12 — 9:44:30

---

CASE NO. CR-05-53C    U. S. v. Christopher Espinosa
U.S. Attny: K. Johnson    Deft. attny: Civille
USPO: O'Mallon    INTERPRETER: _____

- [✓] Defendant present, with counsel.
- [✓] Plea Agreement filed.    [ ] Waiver of Indictment filed and approved.
- [✓] Court finds defendant competent to plead.
- [✓] Defendant advised of rights, charges and penalties.
- [✓] Government summarizes the evidence.
- [✓] Guilty plea entered to Counts: I + III
- [✓] Presentence report ordered.
- [ ] Court accepts Plea Agreement.    [ ] Court orders Plea Agreement sealed.
- [ ] Court doesn't accept or reject the Plea Agreement but refers it to the probation department for recommendation.
- [✓] Sentencing set: 8/28 (M) 10:00  30*
- Other: PSI to parties ~~8/3/06~~ 6/31/06
  PSI to court 8/3/06
  Mtn. for release pending sentencing granted.
- [ ] Bond remains as set.

---

MINUTES OF PLEA    HON. JOHN C. COUGHENOUR    DATE: 5/8/06