CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Christopher M. Espinosa*



**FILED**
DISTRICT COURT OF GUAM

MAY 10 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF RELEASE PENDING SENTENCING |
| CHRISTOPHER M. ESPINOSA, | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED THAT Defendant Christopher M. Espinosa shall be released pending sentencing, on the condition that he reside with his father, Anthony Lujan, and further on the condition that he abide by terms and conditions set forth in the Additional Conditions of Release attached to the Stipulation of Release Pending Sentencing as Exhibit A.

SO ORDERED this 10 day of May, 2006.

JOHN C. COUGHENOUR
District Judge

**ORIGINAL**