PS 42
(Rev. 07/93)

United States District Court
District of Guam

FILED
DISTRICT COURT OF GUAM
JUN 14 2006
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
U.S. Probation Office
JUN 07 2006
Districts of Guam
and NMI

United States of America )
)
vs. )
)
CHRISTOPHER M. ESPINOSA )

Case No: CR05-00053-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Christopher M. Espinosa**, have discussed with **Robert I. Carreon**, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

1. Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

I consent to this modification of my release conditions and agree to abide by this modification.

_Christopher M. Espinosa_ 5-31-06  _Robert I. Carreon_ 5/31/06
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_G. Patrick Civille_   6/7/06
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on **6-14-2006**

[ ] The above modification of conditions of release is *not* ordered.

_John A. Houston_   6-14-2006
JOHN A. HOUSTON, Designated Judge    Date
U.S. District Court of Guam

RECEIVED
JUN 12 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL