# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00053-001                    DATE: August 28, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:08:21 - 10:34:45
CSO: J. McDonald / J. Lizama

**APPEARANCES:**

Defendant: Christopher M. Espinosa          Attorney: G. Patrick Civille
☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson                U.S. Agent:
U.S. Probation: Stephen Guilliot            U.S. Marshal: C. Marquez / G. Perez
Interpreter:                                Language:

**PROCEEDINGS: Sentencing**
- Court accepted the plea agreement.
- Court stated the appropriate Offense Levels.
- Government's oral 5K1.1 Motion for substantial assistance - <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>87 months for Count I and 87 months for Count III to be served concurrently. While in prison, the defendant shall participate in substance abuse and vocational programs approved by the Bureau of Prisons.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>five years for Count I and three years for Count III to be served concurrently</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $200.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Government moved to Dismiss Counts II and IV thru VII - Granted.

> Defense requested for an Order directing the U.S. Marshals Service to transport his client to the Superior Court for proceedings in his local case, which may occur in the next two weeks. Government had no objections. The Court granted the request. No further written order will be forthcoming.